AO 440 (Rev. DC - September 2003) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
## District of Columbia

Shelley Delon

**SUMMONS IN A CIVIL CASE**

V.

United States of America, et al.

Case: 1:08-cv-00212
Assigned To : Friedman, Paul L.
Assign. Date : 2/6/2008
Description: PI/Malpractice

TO: (Name and address of Defendant)

United States of America
Serve:
Jeffrey A. Taylor
United States Attorney for the District of Columbia, United States Attorney's Office
~~555 4th Street, N.W.~~   501 3rd St NW
Washington, D.C. 20530

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

Craig D. Miller, Esq.
Simeone & Miller, LLP
1130 Connecticut Avenue N.W.
Suite 350
Washington, D.C. 20036

an answer to the complaint which is served on you with this summons, within ____60____ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

NANCY MAYER-WHITTINGTON                     FEB - 6 2008
CLERK                                        DATE

_(signature)_
(By) DEPUTY CLERK

AO 440 (Rev. DC - September 2003) Summons in a Civil Action

## RETURN OF SERVICE

| | DATE |
|---|---|
| Service of the Summons and complaint was made by me[(1)] | 2/19/08  12:58 P.W |

| NAME OF SERVER (PRINT) | TITLE |
|---|---|
| Dwayne Boston | PS |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served: _____

☑ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.
   Name of person with whom the summons and complaint were left: Lakisha Carroll, docket clerk

☐ Returned unexecuted: _____

☐ Other (specify): _____

## STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

## DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on  2/19/08
            Date            Signature of Server

Address of Server: 1522 K St NW Ste 200 WDC 20005

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.