AO 440 (Rev. DC - September 2003) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
## District of Columbia

Shelley Delon

**SUMMONS IN A CIVIL CASE**

V.

United States of America, et al.

CASE NUMBER:

TO: (Name and address of Defendant)

United States of America
Serve:
Paula DeMuth
Regional Counsel, General Services Administration
301 7th Street S.W., Rm. 7048
Washington, D.C. 20548

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

Craig D. Miller, Esq.
Simeone & Miller, LLP
1130 Connecticut Avenue N.W.
Suite 350
Washington, D.C. 20036

an answer to the complaint which is served on you with this summons, within _____60_____ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

_____                          _____
CLERK                                              DATE

_____
(By) DEPUTY CLERK

AO 440 (Rev. DC - September 2003) Summons in a Civil Action

## RETURN OF SERVICE

| | DATE |
|---|---|
| Service of the Summons and complaint was made by me<sup>(1)</sup> | 2/19/08  1:26 P. |
| NAME OF SERVER (PRINT) Dwayne Boston | TITLE PPS |

Check one box below to indicate appropriate method of service

☐ Served personally upon the defendant. Place where served: _____

☑ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.
  Name of person with whom the summons and complaint were left: Paula J. DeMuth, Esq

☐ Returned unexecuted: _____

☐ Other (specify): _____

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on  2/19/08
           Date        Signature of Server

Address of Server: 1522 K St NW Ste 700 WDC

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.