AO 440 (Rev. DC - September 2003) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
## District of Columbia

Shelley Delon

**SUMMONS IN A CIVIL CASE**

V.

United States of America, et al.

Case: 1:08-cv-00212
Assigned To : Friedman, Paul L.
Assign. Date : 2/6/2008
Description: PI/Malpractice

TO: (Name and address of Defendant)

Washington Metropolitan Transit Authority
Serve:
Carol O'Keefe
General Counsel for WMATA
600 Fifth Street, N.W.
Washington, D.C. 20001

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

Craig D. Miller, Esq.
Simeone & Miller, LLP
1130 Connecticut Avenue N.W.
Suite 350
Washington, D.C. 20036

an answer to the complaint which is served on you with this summons, within _____20_____ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

NANCY MAYER-WHITTINGTON                              FEB - 6 2008

CLERK                                                DATE

(By) DEPUTY CLERK

AO 440 (Rev. DC - September 2003) Summons in a Civil Action

## RETURN OF SERVICE

| | DATE | |
|---|---|---|
| Service of the Summons and complaint was made by me[(1)] | 2/20/08 | 2:40 PM |
| NAME OF SERVER (PRINT) Dwayne Boston | TITLE PPS | |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served: _____

☒ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.
Name of person with whom the summons and complaint were left: Taneya Price — Document Control Admin

☐ Returned unexecuted: _____

☐ Other (specify): _____

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on  2/20/08
Date

Signature of Server

1522 K St NW Ste 700 WDC
Address of Server

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.