UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| SHELLEY DELON<br>12927 Laurel Bowie Road<br>Apt. 201<br>Laurel, MD 20708<br><br>              Plaintiff,<br>   v.<br><br>UNITED STATES OF AMERICA<br><br>      SERVE:<br>   Michael B. Mukasey<br>   United States Attorney General<br>   950 Pennsylvania Avenue, NW<br>   Washington, DC 20530-0001<br><br>   Jeffrey A. Taylor<br>   United States Attorney for the<br>   District of Columbia<br>   United States Attorney's Office<br>   555 4th Street, NW<br>   Washington, DC 20530<br><br>   Paula DeMuth<br>   Regional Counsel<br>   General Services Administration<br>   301 7th Street, S.W.<br>   Rm. 7048<br>   Washington, DC 20548<br><br>-and-<br><br>D.C. WATER AND SEWER AUTHORITY<br>5000 Overlook Drive<br>4th Floor<br>Washington, DC 20032<br><br>      SERVE:<br>   Linda R. Manley<br>   Board Secretary | Civil Action No.: 08-00212 PLF) |

|  |  |
|---|---|
| 5000 Overlook Drive | ) |
| Washington, DC 20032 | ) |
|  | ) |
| -and- | ) |
|  | ) |
| WASHINGTON METROPOLITAN TRANSIT AUTHORITY | ) |
| 600 Fifth Street, NW | ) |
| Washington, DC 20001 | ) |
|  | ) |
| SERVE: | ) |
| Carol O'Keefe | ) |
| General Counsel for WMATA | ) |
| 600 Fifth Street, NW | ) |
| Washington, DC 20001 | ) |
|  | ) |
| -and- | ) |
|  | ) |
| THE DISTRICT OF COLUMBIA | ) |
|  | ) |
| SERVE: | ) |
| Linda Singer, Esq. | ) |
| Corporation Counsel | ) |
| District of Columbia | ) |
| 441 4th Street, NW | ) |
| 6th Floor South | ) |
| Washington, DC 20001 | ) |
|  | ) |
| -and- | ) |
|  | ) |
| Hon. Adrian Fenty | ) |
| John A. Wilson Building | ) |
| 1350 Pennsylvania Avenue, NW | ) |
| Washington, DC 20004 | ) |
|  | ) |
| Defendants. | ) |
|  | ) |

**NOTICE OF APPEARANCE**

The Clerk of the Court will please enter the appearance of Assistant United States Attorney Harry B. Roback as counsel for Defendant in the above-captioned case.

Respectfully submitted,

/s/ Harry B. Roback
HARRY B. ROBACK (DC Bar # 485145)
Assistant U.S. Attorney
Civil Division
501 Third Street, N.W.
Washington, D.C.  20530
(202) 616-5309

## CERTIFICATE OF SERVICE

I hereby certify that on this 3rd day of March, 2008, I caused the foregoing Praecipe to be served on Counsel for Plaintiff, **Craig D. Miller, Esq.**, by the court's Electronic Case Filing System (ECF):

**Craig D. Miller, Esq.**
Simeon & Miller, LLP
1130 Connecticut Avenue, N.W.
Suite 350
Washington, D.C.  20036

/s/ Harry B. Roback
HARRY B. ROBACK (DC Bar # 485145)
Assistant U.S. Attorney
Civil Division
501 Third Street, N.W.
Washington, D.C.  20530
(202) 616-5309