IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| SHELLEY DELON,<br>   Plaintiff,<br><br>v.<br><br>UNITED STATES OF AMERICA, *et al.*,<br>   Defendants. | Civil Action No. 1:08-cv-00212 PLF |

**DEFENDANT DISTRICT OF COLUMBIA'S MOTION FOR AN EXTENSION OF TIME
TO RESPOND TO THE COMPLAINT**

Pursuant to F. R. Civ. P. 6(b), the defendant District of Columbia hereby moves for an extension of time to respond to the Complaint from March 10, 2008 up to and including March 24, 2008. Please see the accompanying Memorandum of Points and Authorities in support of this motion.

        Respectfully submitted,

        PETER J. NICKLES
        Interim Attorney General for the District of Columbia

        GEORGE C. VALENTINE
        Deputy Attorney General
        Civil Litigation Division

        /s/
        NICOLE L. LYNCH [471953]
        Section Chief, Civil Litigation Division
        General Litigation, Section II

By: /s/
   URENTHEA McQUINN [D.C. Bar #182253]
   Assistant Attorney General
   441 4th Street, N.W.
   Sixth Floor South
   Washington, D.C.  20001

(202) 724-6646  
(202) 727-0431 (Fax)  
urenthea.mcquinn@dc.gov

March 10, 2008

## Certification

Pursuant to LCvR 7(m), the undersigned telephoned plaintiff's counsel, Craig D. Miller, on March 7, 2008. He was out and a detailed message was left with another member of the firm. On March 10, 2008, the undersigned spoke with Mr. Miller regarding this motion; he did not consent.

/s/  
**Urenthea McQuinn**  
**Assistant Attorney General, D.C.**

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **SHELLEY DELON,**<br>        Plaintiff,<br><br>v.<br><br>**UNITED STATES OF AMERICA,** *et al.*,<br>        Defendants. | **Civil Action No. 1:08-cv-00212 PLF** |

**MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT OF DEFENDANT'S MOTION FOR AN EXTENSION OF TIME TO RESPOND TO THE COMPLAINT**

Pursuant to F. R. Civ. P. 6(b), defendant District of Columbia hereby submits this memorandum of points and authorities in support of its motion to extend the time to respond to the Complaint from <u>March 4, 2008</u> up to and including <u>March 18, 2008</u>. The reason for this motion is that defendant intends to file a dispositive motion in this case and needs more time to gather information in this regard and to prepare the motion. For the foregoing reason, defendant requests that the Court grant its motion for two weeks extension of time.

                                        Respectfully submitted,

                                        PETER J. NICKLES
                                        Interim Attorney General for the District of Columbia

                                        GEORGE C. VALENTINE
                                        Deputy Attorney General
                                        Civil Litigation Division

                                        /s/
                                        NICOLE L. LYNCH [471953]
                                        Section Chief, Civil Litigation Division
                                        General Litigation, Section II

By: /s/
URENTHEA McQUINN [D.C. Bar #182253]
Assistant Attorney General
441 4th Street, N.W.
Sixth Floor South
Washington, D.C. 20001
(202) 724-6646
(202) 727-0431 (Fax)
urenthea.mcquinn@dc.gov

March 10, 2008

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **SHELLEY DELON,**<br>           **Plaintiff,**<br><br>           **v.**<br><br>**UNITED STATES OF AMERICA,** *et al.***,**<br>           **Defendants.** | **Civil Action No. 1:08-cv-00212 PLF** |

**ORDER**

Upon consideration of the Defendant's Motion for an Extension of Time to Respond to the Complaint from <u>March 10, 2008</u>, up to and including <u>March 24, 2008</u>, any opposition thereto, the entire record herein, and the facts and the law considered, it is this _____ day of _____ _____ , 2008,

**ORDERED:** that the defendant's motion hereby is GRANTED, and it is

**FURTHER ORDERED:** that the defendant shall respond to the Complaint on or before <u>March 24, 2008</u>.

　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　**THE HONORABLE PAUL L. FRIEDMAN**
　　　　　　　　　　　　　　　　　　　　　　**United States District -Judge**

Copies to the following persons:

**Urenthea McQuinn [182253]**

Assistant Attorney General
441 4th Street, N.W.
Suite 6South 47
Washington, D.C.  20001
(202) 724-6646
(202) 727-0431 (Fax)
urenthea.mcquinn@dc.gov

2

and

**Craig D. Miller**
Simeone & Miller, LLP
1000 Conn Ave, N.W.
Suite 505
Washington, D.C. 20036
(202) 628-3050
(202) 955-3142 (Fax)
cmiller@simeonemiller.com


March 10, 2008