IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| SHELLEY DELON )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>DISTRICT OF COLUMBIA WATER )<br>AND SEWER AUTHORITY, et. al. )<br>)<br>Defendants. )<br>) | Case No. 08-cv-00212 (PLF) |

### DEFENDANT DISTRICT OF COLUMBIA WATER AND SEWER AUTHORITY'S ANSWER TO COMPLAINT

Defendant District of Columbia Water and Sewer Authority, through its undersigned counsel, hereby files this Answer to Plaintiff's Complaint, and states the following:

First Defense

The Complaint fails to state a cause of action upon which relief can be granted.

Second Defense

The Plaintiff is contributorily negligent or assumed the risk.

Third Defense

The damages complained of may be the result of actions by a third party over whom this Defendant had no control.

Fourth Defense

This action is barred by the applicable statute of limitation.

Fifth Defense

Defendant WASA responds to each paragraph of the Complaint as follows:

1. The averments of Paragraph one (1) are introductory to which no response is

required.

2. The averments of Paragraph two (2) are introductory to which no response is required.

3. The averments of Paragraph three (3) contain a legal conclusion to which no response is required.

4. Defendant WASA denies the averments of Paragraph four (4).

5. Defendant WASA is without sufficient information to admit or deny the averments of Paragraph five (5).

6. Defendant WASA is without sufficient information to admit or deny the averments of Paragraph six (6).

7. Defendant WASA is without sufficient information to admit or deny the averments of Paragraph seven (7).

8. Defendant WASA is without sufficient information to admit or deny the averments of Paragraph eight (8).

9. Defendant WASA denies the averments of Paragraph nine (9).

10. Defendant WASA is without sufficient information to admit or deny the averments of Paragraph ten (10).

11. Defendant WASA is without sufficient information to admit or deny the averments of Paragraph eleven (11).

12. Defendant WASA is without sufficient information to admit or deny the averments of Paragraph twelve (12).

13. Defendant WASA is without sufficient information to admit or deny the averments of Paragraph thirteen (13).

14. Defendant WASA is without sufficient information to admit or deny the averments of Paragraph fourteen (14).

15. Defendant WASA denies the averments of Paragraph fifteen (15).

16. Defendant WASA is without sufficient information to admit or deny the averments of Paragraph sixteen (16).

17. Defendant WASA is without sufficient information to admit or deny the averments of Paragraph seventeen (17).

18. Defendant WASA denies the averments of Paragraph eighteen (18).

19. Defendant WASA is without sufficient information to admit or deny the averments of Paragraph nineteen (19).

20. Defendant WASA denies the averments of Paragraph twenty (20), as they relate to this Defendant.

21. Defendant WASA denies the averments of Paragraph twenty-one (21).

22. Defendant WASA denies the averments of Paragraph twenty-two (22), as they relate to this Defendant.

23. Defendant WASA denies the averments of Paragraph twenty-three (23), as they relate to this Defendant.

24. The averments of Paragraph twenty-four (24) are introductory to which no response is required.

25. Defendant WASA denies the averments of Paragraph twenty-five (25), as they relate to this Defendant.

26. Defendant WASA denies the averments of Paragraph twenty-six (26), as they relate to this Defendant.

27. Defendant WASA denies the averments of Paragraph twenty-seven (27).

28. Defendant WASA denies the averments of Paragraph twenty-eight (28).

29. Any allegation which requires an admission or denial and is not otherwise admitted or denied is hereby denied.

Wherefore, it is respectfully requested that Plaintiff's Complaint be dismissed with prejudice, and that all appropriate costs be assessed against the Plaintiff.

Respectfully submitted,

**LEFTWICH & LUDAWAY, LLC**

By: \_\_\_\_//s//_____
Matthew H. Goodman, Bar. No. 445404
O'Neil King, Bar. No. 426015
1400 K Street, N.W.
Suite 1000
Washington, D.C. 20005
(202)434-9100
mgoodman@leftwichlaw.com
oking@leftwichlaw.com

Counsel for Defendant, WASA

## Certificate of Service

I hereby certify that on this 10th day of March, 2008, a copy of the foregoing District of Columbia Water and Sewer Authority Answer to Complaint was electronically served on Craig D. Miller, Esq., Simeone & Miller, LLP, 1130 Connecticut Ave., N.W., Suite 350, Washington, D.C. 20036; Urenthea McQuinn, D.C. Office of the Attorney General, 441 4th Street, N.W., Suite 6S14, Washington, D.C. 20001; Harry B. Roback, Esq., United States Attorney's Office, 555 4th Street, N.W., Washington, D.C. 20530; Carol O'Keefe, Esq., Washington Metropolitan Transit Authority, 600 Fifth Street, N.W., Washington, D.C. 20001.

                                                               _____//s//_____
                                                               Matthew H. Goodman