IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **SHELLEY DELON,**<br>    **Plaintiff,**<br><br>    v.<br><br>**UNITED STATES OF AMERICA,** *et al.***,**<br>    **Defendants.** | Civil Action No. 1:08-cv-00212 PLF |

### DEFENDANT DISTRICT OF COLUMBIA'S MOTION FOR AN EXTENSION OF TIME TO RESPOND TO THE COMPLAINT

  Pursuant to Fed. R. Civ. P. 6(b), the defendant District of Columbia hereby moves for an extension of time, time having expired, to respond to the Complaint from <u>March 24, 2008,</u> up to and including <u>April 18, 2008</u>.  Please see the accompanying Memorandum of Points and Authorities in support of this motion.

              Respectfully submitted,

              PETER J. NICKLES
              Interim Attorney General for the District of Columbia

              GEORGE C. VALENTINE
              Deputy Attorney General
              Civil Litigation Division

              <u>Nicole L. Lynch/pj          </u>
              NICOLE L. LYNCH [471953]
              Section Chief, Civil Litigation Division
              General Litigation, Section II

By:    /s/
URENTHEA McQUINN [D.C. Bar #182253]
Assistant Attorney General
441 4th Street, N.W.
Sixth Floor South
Washington, D.C. 20001
(202) 724-6646
(202) 727-0431 (Fax)
urenthea.mcquinn@dc.gov

## Certification

Pursuant to LCvR 7(m), the undersigned telephoned plaintiff's counsel, Craig D. Miller, Esq., on April 4, 2008. He was in a meeting and the undersigned left a detailed message with Adrienne Cardaway of his office. As of this filing, Mr. Miller has not consented.

/s/
**Urenthea McQuinn**
**Assistant Attorney General, D.C.**

2

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| **SHELLEY DELON,**<br>　　　　**Plaintiff,**<br><br>　　　　**v.**<br><br>**UNITED STATES OF AMERICA,** *et al.***,**<br>　　　　**Defendants.** | **Civil Action No. 1:08-cv-00212 PLF** |

**MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT OF DEFENDANT'S MOTION FOR AN EXTENSION OF TIME TO RESPOND TO THE COMPLAINT**

　　　　Pursuant to Fed. R. Civ. P. 6(b), defendant District of Columbia hereby submits this memorandum of points and authorities in support of its motion to extend the time to respond to the Complaint from March 24, 2008 up to and including April 18, 2008, and states as follows:

　　　　1.　　Fed. R. Civ. P. 6(b) provides that "[w]hen by these rules or by a notice given thereunder or allowed to be done at or within a specified time, the court for cause shown may at any time in its discretion … (2) upon motion made after the expiration of the specified period permit the act to be done where the failure to act was the result of excusable neglect…."

　　　　2.　　The defendant's response to plaintiff's Complaint was due on or about March 24, 2008. However, counsel for defendant was ill during the time that the response was due and, in fact, had to have surgery on March 28, 2008. This is undersigned's first day back to work and additional time is needed to file a response.

　　　　3.　　The defendant seeks an additional two (2) weeks, *i.e.*, until April 18, 2008, to file a response to plaintiff's Complaint.

3

4.	No party will suffer undue prejudice should the requested relief be granted, and this motion otherwise meets the requirements of Rule 6(b)(2).

For the foregoing reason, defendant requests that the Court grant its motion for a two (2) week extension of time to respond to plaintiff's Complaint.

>	Respectfully submitted,
>
>	PETER J. NICKLES
>	Interim Attorney General for the District of Columbia
>
>	GEORGE C. VALENTINE
>	Deputy Attorney General
>	Civil Litigation Division
>
>	Nicole L. Lynch/pj
>	NICOLE L. LYNCH [471953]
>	Section Chief, Civil Litigation Division
>	General Litigation, Section II
>
>	By:	/s/
>	URENTHEA McQUINN [D.C. Bar #182253]
>	Assistant Attorney General
>	441 4th Street, N.W.
>	Sixth Floor South
>	Washington, D.C. 20001
>	(202) 724-6646
>	(202) 727-0431 (Fax)
>	urenthea.mcquinn@dc.gov

4

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **SHELLEY DELON,**<br>        **Plaintiff,**<br><br>v.<br><br>**UNITED STATES OF AMERICA,** *et al.*,<br>        **Defendants.** | **Civil Action No. 1:08-cv-00212 PLF** |

**ORDER**

Upon consideration of the Defendant District of Columbia's Motion for an Extension of Time to Respond to the Complaint, from <u>March 24, 2008</u>, up to and including <u>April 18, 2008</u>, any opposition thereto, the entire record herein, and the facts and the law considered, it is this _____ day of _____ , 2008,

**ORDERED:** that the defendant's motion hereby is GRANTED for the reasons set forth in the motion, and it is

**FURTHER ORDERED:** that the defendant shall respond to the Complaint on or before <u>April 18, 2008</u>.

_____
**THE HONORABLE PAUL L. FRIEDMAN**
**Judge, U.S. District Court for the District of Columbia**