**IN THE UNITED STATES DISTRICT COURT FOR
THE DISTRICT OF COLUMBIA
CIVIL DIVISION**

| | |
|---|---|
| SHELLEY DELON ) | |
| ) | |
| PLAINTIFF ) | |
| ) | |
| ) | |
| ) | Case 1:08-cv-00212 (PLF) |
| v. ) | |
| ) | |
| WASHINGTON METROPOLITAN ) | |
| AREA TRANSIT AUTHORITY, ET AL.) | |
| ) | |
| DEFENDANTS ) | |
| _____ ) | |

**STIPULATION OF DISMISSAL WITHOUT PREJUDICE OF
THE PLAINTIFF'S COMPLAINT AGAINST DEFENDANT WMATA ONLY**

The Clerk of the Court will please note the above-captioned litigation as

dismissed without prejudice as to the Defendant Washington Metropolitan Area

Transit Authority <u>only</u>.

Respectfully submitted,

PLAINTIFF SHELLEY DELON

    /s/
_____
Craig D. Miller #459784
Simeone & Miller, LLP
1130 Connecticut Avenue, N.W.
Suite 350
Washington, D.C. 20036
202-628-3050

WASHINGTON METROPOLITAN AREA
TRANSIT AUTHORITY


/s/
Kathleen A. Carey 357990
Assistant General Counsel
600 Fifth Street, N.W. 2nd Floor
Washington, D.C.  20001
(202) 962-1496
Attorneys for Defendant WMATA

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing **Stipulation of Dismissal of Plaintiff's Complaint Against Defendant WMATA Without Prejudice** was electronically filed and served, on this 16th day of April 2008, to:

Craig D. Miller
Simeone & Miller, LLP
1130 Connecticut Avenue, N.W.
Suite 350
Washington, D.C. 20036

Urenthea McQuinn
Assistant Attorney General
441 4th Street, N.W. Suite 6S14
Washington, D.C. 20001

Matthew H. Goodman
Leftwich & Ludaway, LLC
1400 K Street, N.W. Suite 1000
Washington, D.C. 20005

Harry B. Roback
Assistant United States Attorney
555 4th Street, N.W.
Washington, D.C. 20530


/s/
Kathleen A. Carey