UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| Shelly Delon,<br><br>   Plaintiff,<br><br>   v.<br><br>United States of America, *et al.*<br><br>   Defendants. | )<br>)<br>)<br>)<br>)  Civil Action No. 08-0212 (PLF)<br>)<br>)<br>)<br>)<br>) |

## ANSWER TO COMPLAINT BY
## THE UNITED STATES OF AMERICA

Pursuant to Federal Rule of Civil Procedure 8, the United States of America ("Defendant" or "United States"), by and through its undersigned counsel, hereby answers plaintiff's Complaint as follows:

### INTRODUCTION

1. Defendant admits that plaintiff has filed the instant action seeking damages based on the alleged negligence of the United States, but Defendant denies that it was negligent and denies that plaintiff is entitled to any damages.

2. Defendant refers plaintiff to its answer to paragraph 1 of the Complaint.

### JURISDICTION

3. The allegations set forth in paragraph 3 of the Complaint are conclusions of law to which no response is required.

4. The allegations set forth in paragraph 4 of the Complaint are conclusions of law to which no response is required.

5. Defendant admits the allegation in paragraph 5 of the Complaint.

## PARTIES

6. Defendant is without sufficient knowledge or information to admit or deny the allegations in paragraph 6 of the Complaint.

7. Paragraph 7 of the Complaint sets forth a conclusion of law to which no answer is required.

8. Defendant denies the allegations set forth in paragraph 8 of the Complaint.

9. Defendant is without sufficient knowledge or information to admit or deny the allegations in paragraph 9 of the Complaint.

10. Defendant is without sufficient knowledge or information to admit or deny the allegations in paragraph 10 of the Complaint.

11. Defendant is without sufficient knowledge or information to admit or deny the allegations in paragraph 11 of the Complaint.

## STATEMENT OF FACTS

12. Defendant is without sufficient knowledge or information to admit or deny the allegations in paragraph 12 of the Complaint.

13. Defendant admits the allegation in paragraph 13 of the Complaint.

14. Defendant admits the allegation in paragraph 14 of the Complaint.

15. Defendant is without sufficient knowledge or information to admit or deny the allegations in paragraph 15 of the Complaint.

16. Defendant is without sufficient knowledge or information to admit or deny the allegations in paragraph 16 of the Complaint.

17. Defendant is without sufficient knowledge or information to admit or deny the

allegations in paragraph 17 of the Complaint.

18. Defendant is without sufficient knowledge or information to admit or deny the allegations in paragraph 18 of the Complaint.

19. Defendant denies the allegations in paragraph 19 of the Complaint to the extent that they relate to the United States. Defendant is without sufficient knowledge or information to admit or deny the allegations in paragraph 19 of the Complaint that relate to other defendants.

20. Defendant denies the allegations in paragraph 20 of the Complaint to the extent that they relate to the United States. The United States is without sufficient knowledge or information to admit or deny the allegations in paragraph 20 of the Complaint concerning other defendants.

21. Defendant is without sufficient knowledge or information to admit or deny the allegations in paragraph 21 of the Complaint.

22. Defendant denies the allegations in paragraph 22 of the Complaint.

23. Defendant denies the allegations in paragraph 23 of the Complaint.

**COUNT I (NEGLIGENCE – ALL DEEFNDANTS)**

24. Defendant incorporates by reference its responses to paragraphs 1-23.

25. Paragraph 25 of the Complaint consists of conclusions of law to which no answer is required.

26. Paragraph 26 of the Complaint consists of conclusions of law to which no answer is required.

27. Paragraph 27 of the Complaint consists of conclusions of law to which no answer is required.

28. Paragraph 28 of the Complaint consists of conclusions of law to which no answer is required.

## PRAYER FOR RELIEF

Defendant denies that plaintiff is entitled to any relief in this case. Defendant further denies that plaintiff is entitled to a jury on her claims against the United States.

In addition to the foregoing responses, the United States hereby asserts the following defenses to plaintiff's claims:

## FIRST DEFENSE

Plaintiff has failed to state a claim upon which relief may be granted.

## SECOND DEFENSE

Any injuries or damages sustained by plaintiff were due to her own fault, contributory negligence, and/or assumption of the risk.

## THIRD DEFENSE

Any injuries or damages suffered by plaintiff were proximately caused by the intervening, joint, and/or superseding acts and/or omissions of persons or entities other than an employee or agency of the United States.

## FOURTH DEFENSE

Plaintiff's claims are barred in part or in whole by the United States' sovereign immunity.

## FIFTH DEFENSE

Plaintiff has failed to mitigate her damages.

## SIXTH DEFENSE

Plaintiff may have failed to exhaust her administrative remedies.

**SEVENTH DEFENSE**

Plaintiff's claims for damages may be barred in whole or in part by statute. The United States asserts all statutory bars to plaintiff's recovery of damages in this action.

WHEREFORE, having fully answered the Complaint, Defendant prays that this action be dismissed and that the Court grant such other relief as may be appropriate.

Respectfully submitted,

JEFFREY A. TAYLOR , D.C. Bar # 498610
United States Attorney


RUDOLPH CONTRERAS, D.C. Bar # 434122
Assistant United States Attorney

/s/ Harry B. Roback
HARRY B. ROBACK, D.C. Bar # 485145
Assistant United States Attorney
United States Attorneys Office
555 4th Street, N.W.
Washington, D.C. 20530
Tel: 202-616-5309
April 21, 2008   harry.roback@usdoj.gov