IN THE UNITED STATES DISTRICT COURT FOR
THE DISTRICT OF COLUMBIA

| | |
|---|---|
| SHELLEY DELON | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Case No. 08-cv-00212 (PLF) |
| | ) |
| UNITED STATES OF AMERICA, et al. | ) |
| | ) |
| | ) |
| Defendants. | ) |

## **JOINT RULE 16.3 REPORT**

The parties in the above-referenced case, by and through the undersigned counsel, hereby file this report regarding the results of the meeting of counsel pursuant to Local Rule 16.3.

### **ITEMS DISCUSSED**

On May 6, 2008, counsel for the parties conferred and discussed the following items and reached the following agreements:

(1) The parties agree that any dispositive motions should occur after the close of discovery. Accordingly, below the parties propose a schedule providing for such motions after a period of time for discovery.

(2) The parties agree that any other parties should be joined or the pleadings amended by August 1, 2008. At this time, the parties are unable to narrow or agree upon any issues, but will attempt to do so, through discovery or otherwise, as the case proceeds.

(3) The parties agree that the case should not be assigned to a magistrate judge.

(4) The parties agree that settlement is not a realistic possibility at this time. Plaintiff and Defendants will re-visit the issue as discovery proceeds and the facts become known to all parties.

(5) The parties agree that use of the Court's Alternative Dispute Resolution may be appropriate at the close of discovery, but not prior to that time.

(6) The parties agree that, upon the completion of discovery, a Motion for Summary Judgment may be appropriate. The parties agree that each one should have 30 days after the completion of discovery to file a dispositive motion. Oppositions should be due within 30 days of service, and Reply briefs within 15 days of service of an Opposition.

(7) The parties agree that Rule 26(a)(1) disclosures will be due June 1, 2008.

(8) The parties agree to the limits on depositions, interrogatories, document requests, and requests for admission set forth in the Federal Rules of Civil Procedure and the Local Rules of this Court. The parties agree that discovery should be completed within 6 months of the May 22, 2008 Status Conference, which is November 21, 2008.

(9) The parties do not believe that any modifications to the discovery permitted by the Federal Rules of Civil Procedure or the Local Rules of this Court are necessary at this time.

(10) Subject to the Court's approval, the parties agree that they each shall have 30 days from the close of discovery to file dispositive motions, with oppositions due within 30 days of service of the motion and reply briefs due within 15 days of service of the oppositions.

(11) The parties agree not to seek bifurcation at this time, but reserve the right to seek it after discovery.

(12)   The parties agree that the Court should set a date for ADR and a pretrial conference date after it rules on any dispositive motions. The parties agree that a pretrial conference date should be set by the Court after a decision regarding dispositive motions.

(13)   The parties agree that the Court should set a trial date at the pretrial conference.

(14)   No other matters are appropriate for inclusion in the scheduling order at this time.

The represented parties' proposed schedule:

| | |
|---|---|
| Rule 26(a)(1) Disclosures | June 1, 2008 |
| Plaintiff's Expert Designation | September 1, 2008 |
| Defendants' Expert Designation | October 1, 2008 |
| Discovery Cutoff | November 21, 2008 |
| Motions Deadline | December 22, 2008 |
| Oppositions | January 21, 2009 |
| Replies | February 5, 2009 |
| ADR | _____ |
| Pretrial Conference | _____ |
| Trial Date | _____ |

Dated:  May ____, 2008                          RESPECTFULLY SUBMITTED,

/s/ Harry B. Roback                             /s/ Craig D. Miller
Harry B. Roback                                 Craig D. Miller, #459784
U.S. Attorney's Office                          SIMEONE & MILLER, LLP
Civil Division                                  1130 Connecticut Avenue, NW
555 4th Street N.W.                             Suite 350
Washington, DC 20530                            Washington, DC 20036
(202) 616-5309                                  (202) 628-3050
harry.roback@usdoj.gov                          cmiller@simeonemiller.com
*Attorney for Defendant United States of America*   *Attorneys for Plaintiff*

| | |
|---|---|
| /s/ Urenthea McQuinn | /s/ Matthew H. Goodman |
| Urenthea McQuinn | Matthew H. Goodman |
| DC Office of the Attorney General | Leftwich & Ludaway, LLC |
| 441 4th Street N.W. | 1400 K Street NW |
| Suite 6S14 | Suite 1000 |
| Washington, DC 20001-2714 | Washington, D.C. 20005 |
| (202) 724-6646 | (202) 434-9116 |
| urentheamcquinn@dc.gov | mgoodman@leftwichlaw.com |
| *Attorneys for Defendant District of Columbia* | *Attorneys for Defendant D.C. Water & Sewer Authority* |

IN THE UNITED STATES DISTRICT COURT FOR
THE DISTRICT OF COLUMBIA

SHELLEY DELON                                  )
                                               )
                    Plaintiff,                 )
                                               )
          v.                                   )    Case No. 08-cv-00212 (PLF)
                                               )
UNITED STATES OF AMERICA, et al.               )
                                               )
                                               )
                    Defendants.                )

**ORDER**

Upon consideration of the Joint Rule 16.3 Report submitted by the parties, it is by this Court this _____ day of _____, 2008.

ORDERED, that the following schedule will govern further proceedings in this case:

| | |
|---|---|
| Rule 26(a)(1) Disclosures | June 1, 2008 |
| Plaintiff's Expert Designation | September 1, 2008 |
| Defendants' Expert Designation | October 1, 2008 |
| Discovery Cutoff | November 21, 2008 |
| Motions Deadline | December 22, 2008 |
| Oppositions | January 21, 2009 |
| Replies | February 5, 2009 |
| ADR | _____ |
| Pretrial Conference | _____ |
| Trial Date | _____ |

_____
United States District Judge