IN THE UNITED STATES DISTRICT COURT FOR
THE DISTRICT OF COLUMBIA

| | |
|---|---|
| SHELLEY DELON ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Case No. 08-cv-00212 (PLF) |
| ) | |
| UNITED STATES OF AMERICA, et al. ) | |
| ) | |
| ) | |
| Defendants. ) | |

## JOINT STATUS REPORT

The parties in the above-referenced case, by and through the undersigned counsel, hereby file this joint status report as required by the Court's Scheduling Order.

### Status

Plaintiff and Defendant United States of America are working out the final wording on a stipulation related to the ownership and maintenance of the pipe involved in this alleged incident. Plaintiff anticipates that based on the language of the stipulation, Defendant District of Columbia and Defendant D.C. Water & Sewer Authority will be dismissed from this matter without prejudice next week.

Plaintiff further anticipates based on the stipulation being worked on with Defendant United States of America that there will be a need to amend her complaint in order to add a contractor that purportedly participated in the maintenance of the pipe involved in this alleged incident

Dated: June 13, 2008                                        RESPECTFULLY SUBMITTED,

| | |
|---|---|
| /s/ Harry B. Roback | /s/ Craig D. Miller |
| Harry B. Roback<br>U.S. Attorney's Office<br>Civil Division<br>555 4th Street N.W.<br>Washington, DC 20530<br>(202) 616-5309<br>harry.roback@usdoj.gov<br>*Attorney for Defendant United States of America* | Craig D. Miller, #459784<br>SIMEONE & MILLER, LLP<br>1130 Connecticut Avenue, NW<br>Suite 350<br>Washington, DC 20036<br>(202) 628-3050<br>cmiller@simeonemiller.com<br>*Attorneys for Plaintiff* |
| /s/ Urenthea McQuinn | /s/ Matthew H. Goodman |
| Urenthea McQuinn<br>DC Office of the Attorney General<br>441 4th Street N.W.<br>Suite 6S14<br>Washington, DC 20001-2714<br>(202) 724-6646<br>urentheamcquinn@dc.gov<br>*Attorneys for Defendant District of Columbia* | Matthew H. Goodman<br>Leftwich & Ludaway, LLC<br>1400 K Street NW<br>Suite 1000<br>Washington, D.C. 20005<br>(202) 434-9116<br>mgoodman@leftwichlaw.com<br>*Attorneys for Defendant D.C. Water & Sewer Authority* |