UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **Shelly Delon,** ) | |
| ) | |
| **Plaintiff,** ) | |
| ) | |
| v. ) | Civil Action No.  08-0212 (PLF) |
| ) | |
| **United States of America,** *et al.* ) | |
| ) | |
| **Defendants.** ) | |
| ) | |

### STIPULATION

The United States of America hereby stipulates as follows:  The United States believes that, based on presently available information, it owned the pipe responsible for allegedly causing injury to the plaintiff. The United States does not believe, based on presently available information, that the District of Columbia or the District of Columbia Water & Sewer Authority owned or maintained the pipe involved in this incident. The United States denies that its conduct regarding this pipe was negligent.

Respectfully submitted,

JEFFREY A. TAYLOR , D.C. Bar # 498610
United States Attorney

RUDOLPH CONTRERAS, D.C. Bar # 434122
Assistant United States Attorney

/s/ Harry B. Roback
HARRY B. ROBACK, D.C. Bar # 485145
Assistant United States Attorney
United States Attorneys Office
555 4th Street, N.W.
Washington, D.C. 20530
Tel: 202-616-5309
harry.roback@usdoj.gov

Counsel for the United States

/s/
Craig D. Miller
Simeone & Miller, LLP
1130 Connecticut Avenue, NW
Suite 350
Washington, DC 20036

Counsel for Plaintiff