## IN THE UNITED STATES DISTRICT COURT FOR
## THE DISTRICT OF COLUMBIA

| | |
|---|---|
| SHELLEY DELON ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Case No. 08-cv-00212 (PLF) |
| ) | |
| UNITED STATES OF AMERICA, et al. ) | |
| ) | |
| ) | |
| Defendants. ) | |

**NOTICE OF DISMISSAL WITHOUT PREJUDICE FOR DEFENDANTS DISTRICT OF COLUMBIA AND D.C. WATER AND SEWER AUTHORITY**

Pursuant to Rule 41(a)(1) of the Federal Rules of Civil Procedure, Plaintiff dismisses Defendants District of Columbia and D.C. Water and Sewer Authority without prejudice.

Dated: July 10, 2008                              RESPECTFULLY SUBMITTED,

                                                                   /s/
                                                                   Craig D. Miller, #459784
                                                                   SIMEONE & MILLER, LLP
                                                                   1130 Connecticut Avenue, NW
                                                                   Suite 350
                                                                   Washington, DC 20036
                                                                   (202) 628-3050
                                                                   cmiller@simeonemiller.com
                                                                   Attorneys for Plaintiff

                                                                   /s/
                                                                   Alex Karpinski
                                                                   Samual Kaplan
                                                                   Assistant Attorney General
                                                                   441 4th Street, N.W.
                                                                   Suite 6S14
                                                                   Washington, D.C. 20001
                                                                   *Defendant District of Columbia*

                                                                   /s/

        Matthew H. Goodman
Leftwich & Ludaway, LLC
1400 K street, N.W.
Suite 1000
Washington, D.C. 20005
Defendant DC WASA

          /s/
Harry B. Roback
Assistant United States Attorney
555 4th Street, N.W.
Washington, DC 20530
*Defendant United States of America*

## CERTIFICATE OF SERVICE

On July 10, 2008, I served a copy of the foregoing by first class mail, postage pre-paid, on the following parties:

    Alex Karpinski
Samuel Kaplan
Assistant Attorney General
441 4th Street, N.W.
Suite 6S14
Washington, D.C. 20001
*Attorney for Defendant District of Columbia*

    Matthew H. Goodman
Leftwich & Ludaway, LLC
1400 K street, N.W.
Suite 1000
Washington, D.C. 20005
*Attorney for Defendant D.C. Water and Sewer Authority*

    Harry B. Roback
Assistant United States Attorney
555 4th Street, N.W.
Washington, DC 20530
*Attorney for Defendant United States of America*

          /s/
       Craig D. Miller