IN THE UNITED STATES DISTRICT COURT FOR
THE DISTRICT OF COLUMBIA

| | |
|---|---|
| SHELLEY DELON ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Case No. 08-cv-00212 (PLF) |
| ) | |
| UNITED STATES OF AMERICA, et al. ) | |
| ) | |
| ) | |
| Defendants. ) | |

## JOINT STATUS REPORT

The parties in the above-referenced case, by and through the undersigned counsel, hereby file this joint status report as required by the Court's Scheduling Order.

## Status

Both Defendants D.C. Water and Sewer Authority and District of Columbia were dismissed without prejudice via stipulation filed 7/10/08.

Dated:  July 14, 2008                                   RESPECTFULLY SUBMITTED,


/s/ Harry B. Roback                                    /s/ Craig D. Miller
Harry B. Roback                                        Craig D. Miller, #459784
U.S. Attorney's Office                                 SIMEONE & MILLER, LLP
Civil Division                                         1130 Connecticut Avenue, NW
555 4th Street N.W.                                    Suite 350
Washington, DC 20530                                   Washington, DC 20036
(202) 616-5309                                         (202) 628-3050
harry.roback@usdoj.gov                                 cmiller@simeonemiller.com
*Attorney for Defendant United States of America*      *Attorneys for Plaintiff*