**IN THE UNITED STATES DISTRICT COURT FOR
THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| SHELLEY DELON               ) | |
| ) | |
| Plaintiff,      ) | |
| ) | |
| v.                          ) | Case No. 08-cv-00212 (PLF) |
| ) | |
| UNITED STATES OF AMERICA, et al.  ) | |
| ) | |
| ) | |
| Defendants.    ) | |

**PLAINTIFF'S CONSENT MOTION FOR
LEAVE TO FILE AMENDED COMPLAINT**

COMES NOW Plaintiff, by and through the undersigned counsel, with the consent of Defendant, and moves this Court for leave to file the attached Amended Complaint. For this Motion, Plaintiff states as follows:

1. This action involves an incident on April 13, 2006 in which the Plaintiff was inflicted with severe burns on her body as a result of hot steam escaping from a manhole located at or near the intersection of 6th and C Streets N.W. in Washington, D.C.

2. Through discovery, Plaintiff now believes that EMCOR Government Services, Inc. and EMCOR Group, Inc., companies who were hired to maintain, inspect and/or repair the subject manhole and surrounding pipe system located at or near the intersection of 6th and C Streets N.W., may have also been negligent and liable for the subject accident.

3. Federal Rule 15(a)(2) states that once a responsive pleading is served, a "party may amend its pleading only with the opposing party's written consent or the

court's leave." Fed. R. Civ. P. 15(a)(2). The "court should freely give leave when justice so requires." Id.

4. The Court must heed Rule 15's mandate to freely give leave when justice so requires. The Court's "denial of leave to amend….constitutes an abuse of discretion unless the court gives sufficient reason, such as futility of amendment, undue delay, bad faith, dilatory motive, undue prejudice or repeated failure to cure deficiencies by previous amendments." Boyd v. District of Columbia, 465 F.Supp.2d 1, 3 (D.D.C. 2006).

5. Here, Plaintiff's amendment, the first to her Complaint, would not be futile or in bad faith as Plaintiff has just learned through discovery the names of these two corporations, who Plaintiff believes were contracted to maintain, inspect and/or repair the subject manhole and surrounding pipe system. Defendant would not be unduly prejudiced by the amendment because it will not delay the litigation or expand the allegations beyond the scope of the initial complaint. See Lover v. District of Columbia, 248 F.R.D. 319 (D.D.C. 2008). The Complaint in this case was recently filed on February 6, 2008 and discovery does not close in this matter until November 21, 2008. All the parties in this matter will have enough time to exchange and complete discovery with the two amended parties.

6. Accordingly, Plaintiff seeks to add EMCOR Government Services, Inc. and EMCOR Group, Inc. as defendants in this case.

7. Plaintiff has also voluntarily dismissed her case against Defendant Washington Metropolitan Area Transit Authority, Defendant District of Columbia and Defendant D.C. Water and Sewer Authority, and for this reason these Defendants have not been included on the attached Amended Complaint.

WHEREFORE, Plaintiff respectfully requests that the Court enter an Order granting Plaintiff leave to file the Amended Complaint, attached as Exhibit 1 hereto, naming EMCOR Government Services, Inc. and EMCOR Group, Inc. as an additional defendants in this matter.

Date:July 9, 2008                                             RESPECTFULLY SUBMITTED,

/s/ **Craig D. Miller**

Craig D. Miller, #459784
SIMEONE & MILLER, LLP
1130 Connecticut Avenue, NW
Suite 350
Washington, DC 20036
(202) 628-3050
Fax: (202) 466-1833
cmiller@simeonemiller.com

### IN THE UNITED STATES DISTRICT COURT FOR
### THE DISTRICT OF COLUMBIA

| | |
|---|---|
| SHELLEY DELON | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Case No. 08-cv-00212 (PLF) |
| | ) |
| UNITED STATES OF AMERICA, et al. | ) |
| | ) |
| | ) |
| Defendants. | ) |

### MEMORANDUM OF POINTS AND
### AUTHORITIES IN SUPPORT OF PLAINTIFF'S
### CONSENT MOTION FOR LEAVE TO FILE AMENDED COMPLAINT

Plaintiff, by and through the undersigned counsel, hereby submit this Memorandum of Points and Authorities in Support of her Consent Motion for Leave to File Amended Complaint. In support of the Motion, Plaintiff respectfully refers the Court to the following authorities:

1. Federal Rule of Civil Procedure 15;
2. Federal Rule of Civil Procedure 21;
3. Boyd v. District of Columbia, 465 F.Supp.2d 1, 3 (D.D.C. 2006);
4. Lover v. District of Columbia, 248 F.R.D. 319 (D.D.C. 2008).

Date: July 9, 2008                                RESPECTFULLY SUBMITTED,


                                                  /s/ Craig D. Miller
                                                  _____
                                                  Craig D. Miller, #459784
                                                  SIMEONE & MILLER, LLP
                                                  1130 Connecticut Avenue, NW
                                                  Suite 350
                                                  Washington, DC 20036
                                                  (202) 628-3050
                                                  Fax: (202) 466-1833
                                                  cmiller@simeonemiller.com

## RULE 12-I CERTIFICATION

I hereby certify that I sought and was able to obtain the consent of Defendants to the relief requested herein.

/s/ Craig D. Miller
———————————————
Craig D. Miller

\*\*\*

## CERTIFICATE OF SERVICE

I certify that on July 9, 2008, I served a copy of the foregoing *Plaintiff's Consent Motion for Leave to File Amended Complaint*, supporting *Memorandum of Points and Authorities*, and proposed *Order* by efiling:

Harry B. Roback, Esq.
Assistant United States Attorney
555 4th Street, N.W.
Washington, DC 20530
*Attorney for Defendant United States of America*

/s/ Craig D. Miller
———————————————
Craig D. Miller

# Exhibit 1

Case 1:08-cv-00212-PLF   Document 22-2   Filed 07/16/2008   Page 1 of 8

## IN THE UNITED STATES DISTRICT COURT FOR
## THE DISTRICT OF COLUMBIA

| | |
|---|---|
| SHELLEY DELON<br>12927 Laurel Bowie Road<br>Apt. 201<br>Laurel, MD 20708<br><br>      Plaintiff,<br><br>  v.<br><br>UNITED STATES OF AMERICA<br><br>  <u>Serve</u>:<br>  Michael B. Mukasey<br>  United States Attorney General<br>  U.S. Department of Justice<br>  950 Pennsylvania Avenue, NW<br>  Washington, DC 20530-0001<br><br>  Jeffrey A. Taylor<br>  United States Attorney for the<br>  District of Columbia<br>  United States Attorney's Office<br>  555 4th Street, NW<br>  Washington, DC 20530<br><br>  Paula DeMuth<br>  Regional Counsel<br>  General Services Administration<br>  301 7th Street S.W.<br>  Rm. 7048<br>  Washington, DC 20548<br><br>-and-<br><br>EMCOR GOVERNMENT SERVICES, INC.<br>320 23rd Street South, Suite 100<br>Arlington, VA 22202<br><br>  <u>Serve</u>:<br>  Corporation Service Company<br>  1090 Vermont Ave. N.W. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)  Case No.<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

```
         Washington, DC 20005            )
                                         )
-and-                                    )
                                         )
EMCOR GROUP, INC.                        )
Corporate Headquarters                   )
301 Merritt Seven                        )
Norwalk, CT 06851                        )
                                         )
         SERVE:                          )
         Frank T. MacInnis               )
         Corporate Headquarters          )
         301 Merritt Seven               )
         Norwalk, CT 06851               )
                                         )
                  Defendants.            )
```

## AMENDED COMPLAINT

(Negligence)

## INTRODUCTION

1. This a civil action brought pursuant to 28 U.S.C. §§ 1346, 1367, 2671 *et seq.* seeking damages for Plaintiff's injury caused by the negligence of Defendants.

2. In addition, it is a civil action seeking damages against the Defendants for acts of negligence under common law.

## JURISDICTION

3. Jurisdiction exists in this case pursuant to the Federal Tort Claims Act, 28 U.S.C. § 1346(b).  Plaintiff further invokes the supplemental jurisdiction of this court to adjudicate pendent claims arising under the laws of the District of Columbia pursuant to 28 U.S.C. § 1367.

4. Venue of this court is proper as the incident occurred in the District of Columbia.

5. Defendant United States of America has been given notice of this claim pursuant to 28 U.S.C. § 2675**,** on or about April 3, 2007, with the filing of Plaintiff's Standard Form 95 to the

General Services Administration.

## PARTIES

6. Plaintiff, Shelley DeLon, is a resident of the state of Maryland.

7. Defendant United States of America is the appropriate Defendant under the Federal Tort Claims Act, 28 U.S.C. §§ 1346, 2671 *et seq.*

8. The General Services Administration ("G.S.A."), at all times relevant to this Complaint, was the agency of Defendant United States of America that was responsible for the operation and/or maintenance of the manholes located at or about the intersection of 6th and C Streets in northwest Washington, D.C.

9. Defendant EMCOR Government Services, Inc. ("EMCOR Gov."), at all times relevant to this Complaint, was a corporation responsible for maintaining, inspecting, and/or repairing the subject manhole located at or near the intersection of 6th and C Streets northwest in Washington, D.C.

10. Defendant EMCOR Group, Inc. ("EMCOR Group"), at all times relevant to this Complaint, was a corporation responsible for maintaining, inspecting, and/or repairing the subject manhole located at or near the intersection of 6th and C Streets northwest in Washington, D.C.

## STATEMENT OF FACTS

11. On or about April 3, 2007, Plaintiff's counsel forwarded a Standard Form 95 form, providing notice of Plaintiff's claim under Federal Tort Claims Act, to Defendant United States of America, through its agency, the G.S.A.

12. On or about October 3, 2007, Plaintiff received a denial of claim from Defendant United States of America through its agency, the G.S.A.

13.     On or about April 13, 2006, at approximately 1:00 p.m., Plaintiff was operating a motor vehicle and involved in an automobile accident at or near the intersection of 6th and C Streets in northwest Washington, D.C.

14.     On that same day, Plaintiff exited her motor vehicle to assess the damage resulting from the automobile accident at or near the intersection of 6th and C Streets in northwest Washington, D.C.

15.     As Plaintiff was inspecting the damage resulting from the accident, she was inflicted with severe burns on her body as a result of extremely hot steam escaping from a manhole located at or near the intersection of 6th and C Streets in northwest Washington, D.C.

16.     At all times relevant to this Complaint, Defendant United States of America through its agency, the G.S.A, and/or Defendant EMCOR Gov. and/or Defendant EMCOR Group owned, operated, and/or maintained the manhole located at or near the intersection of 6th and C Streets in northwest Washington, D.C.

17.     At all times relevant to this complaint, Defendant United States of America through its agency, the G.S.A., and/or Defendant EMCOR Gov. and/or Defendant EMCOR Group owned, operated and/or maintained the equipment used for controlling and regulating water and steam at or near the manhole located at the or near the intersection of 6th and C Streets in northwest Washington, D.C.

18.     As a direct and proximate result of the incident, Plaintiff suffered bodily injuries and shock to her nervous system which have caused, and will continue to cause, physical and mental pain and suffering for the rest of her life.  Plaintiff has incurred, and will continue to incur, lost wages, as well as medical and related expenses.

19.     At all relevant times, the Defendant United States of America, through its agency the

G.S.A., and/or Defendant EMCOR Gov. and/or Defendant EMCOR Group knew or should have known that the extremely hot steam arising from the manhole at or near the intersection of 6th and C Streets in northwest, Washington D.C. posed a danger to all those who encountered it, including Plaintiff.

20.     Nevertheless, Defendant(s) failed to prevent extremely hot steam from arising from the manhole, to notify Plaintiff of the danger, and/or to take any other action to eliminate the danger to Plaintiff.

### COUNT I (NEGLIGENCE – ALL DEFENDANTS)

21.     Plaintiff incorporates by reference paragraphs 1-18 as if fully set forth herein.

22.     At all times relevant herein, Defendant United States of America, through its agency the G.S.A., and/or Defendant EMCOR Gov. and/or Defendant EMCOR Group had a duty to warn all persons of or remedy any dangerous conditions existing of which it/they knew or should have known, including but not limited to the extremely hot steam escaping from a manhole at or near the intersection of 6 and C Streets in northwest Washington D.C.

23.     Notwithstanding said duties, Defendant United States of America, through its agency the G.S.A., and/or Defendant EMCOR Gov. and/or EMCOR Group, through its/their employees, officers, and/or agents, failed to warn Plaintiff or remedy the dangerous condition which proximately caused Plaintiff's injuries alleged herein.

24.     As a direct and proximate result of Defendant(s)' negligence, Plaintiff was injured as described above.

25.     The injury alleged herein occurred solely as a proximate result of Defendant(s)' negligence without any contributory negligence on the part of Plaintiff.

    WHEREFORE, Plaintiff respectfully requests judgment against each Defendant in an amount

to be determined at trial, but not to exceed Five Million Dollars ($5,000,000.00) in compensatory damages and such other relief as the Court deems just and proper.

Date: July 16, 2008						RESPECTFULLY SUBMITTED,

								/s/ Craig D. Miller
								_____
								Craig D. Miller, #459784
								SIMEONE & MILLER, LLP
								1130 Connecticut Avenue, NW
								Suite 350
								Washington, DC 20036
								(202) 628-3050
								Fax: (202) 466-1833
								cmiller@simeonemiller.com

### JURY DEMAND

Plaintiff demands a trial by jury against any and all Defendants allowable on all issues triable.

Date: July 16, 2008                                    RESPECTFULLY SUBMITTED,


**/s/ Craig D. Miller**
_____
Craig D. Miller, #459784
SIMEONE & MILLER, LLP
1130 Connecticut Avenue, NW
Suite 350
Washington, DC 20036
(202) 628-3050
Fax: (202) 466-1833
cmiller@simeonemiller.com
*Attorneys for Plaintiff*