## IN THE UNITED STATES DISTRICT COURT FOR
## THE DISTRICT OF COLUMBIA

| | |
|---|---|
| SHELLEY DELON )<br>12927 Laurel Bowie Road )<br>Apt. 201 )<br>Laurel, MD 20708 )<br>　　　　　　　　　　　　　　　　　)<br>　　　　　　　　Plaintiff,　　　　)<br>　　　　　　　　　　　　　　　　　)<br>　　　v.　　　　　　　　　　　　)<br>　　　　　　　　　　　　　　　　　)<br>UNITED STATES OF AMERICA　　)<br>　　　　　　　　　　　　　　　　　)<br>　　　S<u>ERVE</u>:　　　　　　　　　　　)<br>　　　Michael B. Mukasey　　　　　)<br>　　　United States Attorney General )<br>　　　U.S. Department of Justice　　)　　Case No.<br>　　　950 Pennsylvania Avenue, NW )<br>　　　Washington, DC 20530-0001　)<br>　　　　　　　　　　　　　　　　　)<br>　　　Jeffrey A. Taylor　　　　　　)<br>　　　United States Attorney for the )<br>　　　District of Columbia　　　　　)<br>　　　United States Attorney's Office )<br>　　　555 4th Street, NW　　　　　)<br>　　　Washington, DC 20530　　　)<br>　　　　　　　　　　　　　　　　　)<br>　　　Paula DeMuth　　　　　　　)<br>　　　Regional Counsel　　　　　　)<br>　　　General Services Administration )<br>　　　301 7th Street S.W.　　　　　)<br>　　　Rm. 7048　　　　　　　　　)<br>　　　Washington, DC 20548　　　)<br>　　　　　　　　　　　　　　　　　)<br>-and-　　　　　　　　　　　　　　)<br>　　　　　　　　　　　　　　　　　)<br>EMCOR GOVERNMENT SERVICES, INC. )<br>320 23rd Street South, Suite 100　　)<br>Arlington, VA 22202　　　　　　　)<br>　　　　　　　　　　　　　　　　　)<br>　　　S<u>ERVE</u>:　　　　　　　　　　　)<br>　　　Corporation Service Company　)<br>　　　1090 Vermont Ave. N.W.　　　) | |

```
         Washington, DC 20005              )
                                           )
-and-                                      )
                                           )
EMCOR GROUP, INC.                          )
Corporate Headquarters                     )
301 Merritt Seven                          )
Norwalk, CT 06851                          )
                                           )
         SERVE:                            )
         Frank T. MacInnis                 )
         Corporate Headquarters            )
         301 Merritt Seven                 )
         Norwalk, CT 06851                 )
                                           )
                 Defendants.               )
```

## AMENDED COMPLAINT

(Negligence)

## INTRODUCTION

1.      This a civil action brought pursuant to 28 U.S.C. §§ 1346, 1367, 2671 *et seq.* seeking damages for Plaintiff's injury caused by the negligence of Defendants.

2.      In addition, it is a civil action seeking damages against the Defendants for acts of negligence under common law.

## JURISDICTION

3.      Jurisdiction exists in this case pursuant to the Federal Tort Claims Act, 28 U.S.C. § 1346(b).  Plaintiff further invokes the supplemental jurisdiction of this court to adjudicate pendent claims arising under the laws of the District of Columbia pursuant to 28 U.S.C. § 1367.

4.      Venue of this court is proper as the incident occurred in the District of Columbia.

5.      Defendant United States of America has been given notice of this claim pursuant to 28 U.S.C. § 2675, on or about April 3, 2007, with the filing of Plaintiff's Standard Form 95 to the

General Services Administration.

## PARTIES

6.  Plaintiff, Shelley DeLon, is a resident of the state of Maryland.

7.  Defendant United States of America is the appropriate Defendant under the Federal Tort Claims Act, 28 U.S.C. §§ 1346, 2671 *et seq.*

8.  The General Services Administration ("G.S.A."), at all times relevant to this Complaint, was the agency of Defendant United States of America that was responsible for the operation and/or maintenance of the manholes located at or about the intersection of 6th and C Streets in northwest Washington, D.C.

9.  Defendant EMCOR Government Services, Inc. ("EMCOR Gov."), at all times relevant to this Complaint, was a corporation responsible for maintaining, inspecting, and/or repairing the subject manhole located at or near the intersection of 6th and C Streets northwest in Washington, D.C.

10. Defendant EMCOR Group, Inc. ("EMCOR Group"), at all times relevant to this Complaint, was a corporation responsible for maintaining, inspecting, and/or repairing the subject manhole located at or near the intersection of 6th and C Streets northwest in Washington, D.C.

## STATEMENT OF FACTS

11. On or about April 3, 2007, Plaintiff's counsel forwarded a Standard Form 95 form, providing notice of Plaintiff's claim under Federal Tort Claims Act, to Defendant United States of America, through its agency, the G.S.A.

12. On or about October 3, 2007, Plaintiff received a denial of claim from Defendant United States of America through its agency, the G.S.A.

13. On or about April 13, 2006, at approximately 1:00 p.m., Plaintiff was operating a motor vehicle and involved in an automobile accident at or near the intersection of 6th and C Streets in northwest Washington, D.C.

14. On that same day, Plaintiff exited her motor vehicle to assess the damage resulting from the automobile accident at or near the intersection of 6th and C Streets in northwest Washington, D.C.

15. As Plaintiff was inspecting the damage resulting from the accident, she was inflicted with severe burns on her body as a result of extremely hot steam escaping from a manhole located at or near the intersection of 6th and C Streets in northwest Washington, D.C.

16. At all times relevant to this Complaint, Defendant United States of America through its agency, the G.S.A, and/or Defendant EMCOR Gov. and/or Defendant EMCOR Group owned, operated, and/or maintained the manhole located at or near the intersection of 6th and C Streets in northwest Washington, D.C.

17. At all times relevant to this complaint, Defendant United States of America through its agency, the G.S.A., and/or Defendant EMCOR Gov. and/or Defendant EMCOR Group owned, operated and/or maintained the equipment used for controlling and regulating water and steam at or near the manhole located at the or near the intersection of 6th and C Streets in northwest Washington, D.C.

18. As a direct and proximate result of the incident, Plaintiff suffered bodily injuries and shock to her nervous system which have caused, and will continue to cause, physical and mental pain and suffering for the rest of her life.  Plaintiff has incurred, and will continue to incur, lost wages, as well as medical and related expenses.

19. At all relevant times, the Defendant United States of America, through its agency the

G.S.A., and/or Defendant EMCOR Gov. and/or Defendant EMCOR Group knew or should have known that the extremely hot steam arising from the manhole at or near the intersection of 6th and C Streets in northwest, Washington D.C. posed a danger to all those who encountered it, including Plaintiff.

20.     Nevertheless, Defendant(s) failed to prevent extremely hot steam from arising from the manhole, to notify Plaintiff of the danger, and/or to take any other action to eliminate the danger to Plaintiff.

### COUNT I (NEGLIGENCE – ALL DEFENDANTS)

21.     Plaintiff incorporates by reference paragraphs 1-18 as if fully set forth herein.

22.     At all times relevant herein, Defendant United States of America, through its agency the G.S.A., and/or Defendant EMCOR Gov. and/or Defendant EMCOR Group had a duty to warn all persons of or remedy any dangerous conditions existing of which it/they knew or should have known, including but not limited to the extremely hot steam escaping from a manhole at or near the intersection of 6 and C Streets in northwest Washington D.C.

23.     Notwithstanding said duties, Defendant United States of America, through its agency the G.S.A., and/or Defendant EMCOR Gov. and/or EMCOR Group, through its/their employees, officers, and/or agents, failed to warn Plaintiff or remedy the dangerous condition which proximately caused Plaintiff's injuries alleged herein.

24.     As a direct and proximate result of Defendant(s)' negligence, Plaintiff was injured as described above.

25.     The injury alleged herein occurred solely as a proximate result of Defendant(s)' negligence without any contributory negligence on the part of Plaintiff.

WHEREFORE, Plaintiff respectfully requests judgment against each Defendant in an amount

to be determined at trial, but not to exceed Five Million Dollars ($5,000,000.00) in compensatory damages and such other relief as the Court deems just and proper.

Date: July 16, 2008                    RESPECTFULLY SUBMITTED,

/s/ Craig D. Miller

Craig D. Miller, #459784
SIMEONE & MILLER, LLP
1130 Connecticut Avenue, NW
Suite 350
Washington, DC 20036
(202) 628-3050
Fax: (202) 466-1833
cmiller@simeonemiller.com

### JURY DEMAND

Plaintiff demands a trial by jury against any and all Defendants allowable on all issues triable.

| | |
|---|---|
| Date: July 16, 2008 | RESPECTFULLY SUBMITTED, |
| | |
| | /s/ Craig D. Miller |
| | _____ |
| | Craig D. Miller, #459784 |
| | SIMEONE & MILLER, LLP |
| | 1130 Connecticut Avenue, NW |
| | Suite 350 |
| | Washington, DC 20036 |
| | (202) 628-3050 |
| | Fax: (202) 466-1833 |
| | cmiller@simeonemiller.com |
| | *Attorneys for Plaintiff* |