IN THE UNITED STATES DISTRICT COURT FOR
THE DISTRICT OF COLUMBIA

| | |
|---|---|
| SHELLEY DELON | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | )   Case No. 08-cv-00212 (PLF) |
| | ) |
| UNITED STATES OF AMERICA, et al. | ) |
| | ) |
| | ) |
| Defendants. | ) |

**PLAINTIFF'S CONSENT MOTION**
**TO AMEND THE SCHEDULING ORDER**

COMES NOW Plaintiff, by and through the undersigned counsel, and requests that this Court enter an Order amending the Scheduling Order, for the reasons set forth in her Memorandum of Points and Authorities filed in conjunction with this Motion.  A proposed Order is attached.

Dated: August 12, 2008                                    RESPECTFULLY SUBMITTED,


                                                         /s/ Craig D. Miller
                                                         Craig D. Miller, #459784
                                                         SIMEONE & MILLER, LLP
                                                         1130 Connecticut Ave., NW
                                                         Suite 350
                                                         Washington, D.C.  20036
                                                         (202) 628-3050
                                                         Fax: (202) 466-1833
                                                         cmiller@simeonemiller.com
                                                         *Counsel for Plaintiff*


**LCvR 7(m) CERTIFICATION**

I hereby certify that I sought and was able to obtain the consent of Defendant United

States of America to the relief requested herein.

/s/ Craig D. Miller
_____
Craig D. Miller

## Certificate of Service

I hereby certify that on August 12, 2008, I served a true and exact copy of the foregoing Plaintiff's Consent Motion to Amend the Scheduling Order via electronic filing on:

>Harry B. Roback, Esq.
>Assistant United States Attorney
>555 4th Street, N.W.
>Washington, DC 20530
>*Attorney for Defendant United States of America*

*via first class mail on:*

>EMCOR GOVERNMENT SERVICES, INC.
>c/o Corporation Service Company
>1090 Vermont Ave. N.W.
>Washington, DC 20005
>
>EMCOR GROUP, INC.
>c/o Frank T. MacInnis
>Corporate Headquarters
>301 Merritt Seven
>Norwalk, CT 06851

/s/ Craig D. Miller
Craig D. Miller, #459784
SIMEONE & MILLER, LLP
1130 Connecticut Ave., NW
Suite 350
Washington, D.C.  20036
(202) 628-3050
Fax: (202) 466-1833
cmiller@simeonemiller.com
*Counsel for Plaintiff*

Case 1:08-cv-00212-PLF     Document 25     Filed 08/12/2008     Page 3 of 3

IN THE UNITED STATES DISTRICT COURT FOR
THE DISTRICT OF COLUMBIA

| | |
|---|---|
| SHELLEY DELON ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Case No. 08-cv-00212 (PLF) |
| ) | |
| UNITED STATES OF AMERICA, et al. ) | |
| ) | |
| ) | |
| Defendants. ) | |

## ORDER

UPON CONSIDERATION of Plaintiff's Consent Motion to Amend the Scheduling Order, it is this _____ day of _____, 2008 by the United States District Court for the District of Columbia,

ORDERED, the Plaintiff's Consent Motion to Amend the Scheduling Order be, and hereby is, GRANTED; and it is further;

ORDERED, that the Scheduling Order be amended as follows:

| | |
|---|---|
| Plaintiff's Expert Designation | October 31, 2008 |
| Defendants' Expert Designation | November 28, 2008 |
| Discovery Cutoff | January 20, 2009 |
| Motions Deadline | February 20, 2009 |
| Oppositions | March 20, 2009 |
| Replies | April 6, 2009 |

_____
Judge, United States District Court
For the District of Columbia

cc: Harry Roback (via efiling)
    Craig D. Miller (via efiling)
    EMCOR GOVERNMENT SERVICES, INC.
    c/o Corporation Service Company
    1090 Vermont Ave. N.W.

Washington, DC 20005

EMCOR GROUP, INC.
c/o Frank T. MacInnis
Corporate Headquarters
301 Merritt Seven
Norwalk, CT 06851