IN THE UNITED STATES DISTRICT COURT FOR
THE DISTRICT OF COLUMBIA

| | |
|---|---|
| SHELLEY DELON ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Case No. 08-cv-00212 (PLF) |
| ) | |
| UNITED STATES OF AMERICA, et al. ) | |
| ) | |
| ) | |
| Defendants. ) | |

**MEMORANDUM IN SUPPORT OF PLAINTIFF'S
CONSENT MOTION TO AMEND THE SCHEDULING ORDER**

COMES NOW Plaintiff, by and through the undersigned counsel, with the consent of Defendants, and files this Memorandum of Points and Authorities in Support thereof. For this Motion, Plaintiff states as follows:

1. This action involves an incident on April 13, 2006 in which the Plaintiff was inflicted with severe burns on her body as a result of hot steam escaping from a manhole located at or near the intersection of 6th and C Streets N.W. in Washington, D.C.

2. Through discovery, it was revealed that Defendant EMCOR Government Services, Inc. and Defendant EMCOR Group, Inc., companies who were hired to maintain, inspect and/or repair the subject manhole and surrounding pipe system located at or near the intersection of 6th and C Streets N.W., may have also been negligent and liable for the subject accident.

3. As a result, Plaintiff amended her Complaint to add Defendant EMCOR Government Services, Inc. and Defendant EMCOR Group, Inc.

4.    Plaintiff has served EMCOR Government Services, Inc. and is now in the process of serving Defendant EMCOR Group, Inc.

5.    Once Defendant EMCOR Group, Inc. is served, all parties must have adequate time to complete discovery. Specifically, all parties must have adequate time to exchange written discovery with Defendant EMCOR Government Services, Inc. and Defendant EMCOR Group, Inc., schedule and conduct depositions, and investigate all material facts that may be discovered during such time. Obviously, the current parties cannot conduct depositions necessary to establish facts needed for an expert designation without all parties present.

6.    Moreover, Plaintiff intends on designating an engineering expert that will require full knowledge of facts that may only be uncovered once Defendant EMCOR Government Services, Inc. and Defendant EMCOR Group, Inc. are served and in-depth discovery is conducted.

7.    The parties agree that the current Scheduling Order does not allow the parties time to fully investigate the allegations presented nor allow the parties to complete discovery by the discovery cutoff date. Further, the parties believe that the current deadlines for Plaintiff's and Defendants' Expert Designations are premature given the newly added parties to this litigation.

8.    Currently, Plaintiff's Expert Designation is due on September 1, 2008 and Defendants' Expert Designations are due on October 1, 2008. Further, discovery is set to close on November 21, 2008.

9.    Federal Rule 6(b) states that "when an act is required to be done at or within a specified time, the court for cause shown may at any time in its discretion (1)

with …motion…order the period enlarged if request therefore is made before the expiration of the period originally prescribed." Fed. R. Civ. P. 6(b).

10. Here, the parties request that the Court find that proper cause has been shown to enlarge the period the parties have to conduct discovery and file their expert designations.

11. No parties will be unduly prejudiced by the granting of this Consent Motion. Moreover, the parties will be prejudiced should they be forced to file their expert disclosures prematurely and/or limit their discovery given the newly added Defendants to this litigation.

12. Accordingly, Plaintiff respectfully requests that the Court Amend the Scheduling Order to extend all deadlines by sixty (60) days. The parties proposed Scheduling Order is as follows;

| | |
|---|---|
| Plaintiff's Expert Designation | October 31, 2008 |
| Defendants' Expert Designation | November 28, 2008 |
| Discovery Cutoff | January 20, 2009 |
| Motions Deadline | February 20, 2009 |
| Oppositions | March 20, 2009 |
| Replies | April 6, 2009 |

13. All parties consent to the filing of this Motion.

WHEREFORE, Plaintiff respectfully requests that the Court enter an Order granting Plaintiff's Consent Motion to Amend the Scheduling Order.

Date: August 12, 2008                                    RESPECTFULLY SUBMITTED,

/s/ Craig D. Miller
_____
Craig D. Miller, #459784
SIMEONE & MILLER, LLP

3

        1130 Connecticut Avenue, NW
        Suite 350
        Washington, DC 20036
        (202) 628-3050
        Fax: (202) 466-1833
        cmiller@simeonemiller.com
        *Counsel for Plaintiff*

### Certificate of Service

I hereby certify that on August 11, 2008, I served a true and exact copy of the foregoing Plaintiff's Consent Motion to Amend the Scheduling Order via electronic filing on:

    Harry B. Roback, Esq.
    Assistant United States Attorney
    555 4th Street, N.W.
    Washington, DC 20530

via first class mail:

    EMCOR GOVERNMENT SERVICES, INC.
    c/o Corporation Service Company
    1090 Vermont Ave. N.W.
    Washington, DC 20005

    EMCOR GROUP, INC.
    c/o Frank T. MacInnis
    Corporate Headquarters
    301 Merritt Seven
    Norwalk, CT 06851


        /s/ Craig D. Miller
        _____
        Craig D. Miller, #459784
        SIMEONE & MILLER, LLP
        1130 Connecticut Avenue, NW
        Suite 350
        Washington, DC 20036
        (202) 628-3050
        Fax: (202) 466-1833
        cmiller@simeonemiller.com
        *Counsel for Plaintiff*